UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DANIEL CHAVEZ,

    Plaintiff,

v.

HEAD OF I.R.S., et al.,

    Defendants.

Case No. 21-cv-01020-PJH

**ORDER OF DISMISSAL**

Plaintiff, a state prisoner proceeding pro se, filed a civil action. Plaintiff was sent a notice that he had not paid the filing fee or submitted a complete application for leave to proceed in forma pauperis ("IFP"). He was provided twenty-eight days to correct these deficiencies. More than twenty-eight days has passed, and plaintiff has not paid the fee, filed a complete application to proceed IFP or otherwise communicated with the court. The case is **DISMISSED** without prejudice.

    **IT IS SO ORDERED.**

Dated: March 24, 2021

                                        */s/ Phyllis J. Hamilton*
                                        PHYLLIS J. HAMILTON
                                        United States District Judge